ANNA DIXON, Respondent, v. WILLIAM E. WOOLLARD, Appellant. LOUIS D. DIXON, Respondent, v. WILLIAM E. WOOLLARD, Appellant.— Appeal from an order restoring actions to the general calendar after they had been stricken therefrom for lack of prosecution. Orders unanimously affirmed, with ten dollars costs in one action and disbursements. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

## (March 11, 1942.)

In the Matter of the Claim of JOHN A. DENGLER, Appellant, against DOUDERA DECORATING CO., INC., and GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Claimant lost the sight of his right eye. There was testimony that the eye was myopic and that while moving some ladders he felt something in his eye; he rubbed it, and about four hours later, while working on a scaffold, he felt a sharp pain in his eye. He finished his work and continued working for a few days thereafter when he went to the hospital and was operated on for a detachment of the retina. There was proof that the myopia was a contributing cause of the detachment and that claimant did not in any way fall or strike himself, but simply that while at work he felt the sensation in his eye.

Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.